## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

VERNON KING, JR.                    §
    TDCJ-CID #590316              §
v.                                  §    C.A. NO. C-05-332
                                    §
DOUG DRETKE                         §

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On August 5, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 13).  Objections were timely filed (D.E. 14) by petitioner.  However, petitioner did not object to the Magistrate Judge's central finding in support of dismissal that "because petitioner does not allege that he lost good-time credits as a result of his disciplinary conviction, habeas corpus is not appropriate." Therefore, the Court finds that the objections are without merit.  Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, petitioner's action is DISMISSED pursuant to Rule 4 of the RULES GOVERNING § 2254 ACTIONS.

ORDERED this 24th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE